IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| MARK D. CAIRES, SR., #A0701948 | ) ) ) | CIVIL NO. 08-00110 SOM-KSC |
| Petitioner, | ) ) ) | |
| vs. | ) ) | ORDER |
| BERYL IRAMINA, Warden, et al., | ) ) ) | |
| Respondents. | ) ) ) | |

**ORDER**

On June 16, 2008, the court dismissed the petition for writ of habeas corpus in this action, because it was clear that Petitioner was not in custody when he filed the petition, and the court therefore lacked jurisdiction. (*See* Doc. Nos. 15 & 16.)

One week later, on June 23, 2008, Petitioner filed a Response to Respondents' supplemental briefing. Petitioner admits that he was no longer in prison or in the custody of the State when he filed the petition. Petitioner alleges that, because he had no means during his final week of incarceration to make copies of the petition, he decided to wait until he was released to make copies and file the petition. Petitioner states that he completed, dated, and signed the petition prior to his release, and furnishes an affidavit from another inmate who attests to this statement. (*See* Response, Ex. A.) Petitioner asks the court to consider these facts as mitigating

circumstances for his failure to file his petition while he was still in custody.

Petitioner does not dispute that he was no longer in custody when he filed the petition. Nor does he explain why he could not deliver the petition to prison authorities *before* he was released and request copies from his court file later. Nor does he explain why he waited until the final days of his incarceration before filing his petition. Further, as noted in the June 16 Order Dismissing Petition, it is apparent from the record that Petitioner's claims are unexhausted and likely time-barred. (*See* Doc. No. 15, Order Dismissing Petition n.3.) The court is unpersuaded that it should reconsider its decision to dismiss the petition. Insofar as Petitioner's Response is viewed as a motion for reconsideration, it is DENIED.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 9, 2008.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

*Caires v. Iramina, et al.*; CIV. NO. 08-00110 SOM; ORDER DISMISSING PETITION; dmp/Habeas 08/Caires 08-110 (final ord)